# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael P. Cude, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>County of Stark, )<br>)<br>      Defendants. ) | **ORDER RE ADMISSION**<br>**PRO HAC VICE**<br><br><br>Case No. 1:18-cv-113 |

Before the court is a motion for attorney Brian J. Lawler to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Brian J. Lawler has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 2) is **GRANTED**. Attorney Brian J. Lawler is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

    **IT IS SO ORDERED.**

    Dated this 29th day of May, 2018.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr.
                                           United States Magistrate Judge